## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Germantown Cab Company, | : | |
| Bucks County Services, Inc., | : | |
| Concord Limousine, Inc., Dee Dee | : | |
| Cab Company and MCT | : | |
| Transportation, Inc. | : | |
| | : | |
| v. | : | |
| | : | |
| Philadelphia Parking Authority | : | |
| | : | |
| Appeal of: Bucks County Services, Inc. | : | No. 1989 C.D. 2016 |
| | | |
| Germantown Cab Company, | : | |
| Bucks County Services, Inc., | : | |
| Concord Limousine, Inc., Dee Dee | : | |
| Cab Company and MCT Transportation | : | |
| | : | |
| v. | : | |
| | : | |
| Philadelphia Parking Authority | : | |
| | : | |
| Appeal of: Germantown Cab Company | : | No. 1990 C.D. 2016 |

## **O R D E R**

NOW, November 13, 2017, upon consideration of Appellant Germantown Cab Co.'s (Germantown) application for reargument/reconsideration and the answers thereto, the application is DENIED WITHOUT PREJUDICE for Germantown to seek enforcement of the Court's order at an appropriate time should

the Philadelphia Parking Authority fail to refund Germantown's fiscal year 2015 assessment payment, which this Court determined was assessed and collected pursuant to an unconstitutional assessment scheme.

_____
MARY HANNAH LEAVITT,
President Judge